FILED & ENTERED

MAR 05 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY milano    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

In re:

Ontario International Investment Corp,

Debtor(s).

Case No: 6:09-bk-17750-BB

Chapter: 11

**ORDER (i) DISMISSING CASE AND (ii) ENTERING JUDGMENT IN FAVOR OF THE OFFICE OF THE UNITED STATES TRUSTEE**

Date: March 3, 2010
Time: 2:00 p.m.
Location:  Courtroom 303

A scheduling and case management conference in the above-referenced case was scheduled before the Honorable Sheri Bluebond at 2:00 p.m. on March 3, 2010 in Courtroom 303 of the above-entitled Court (the "Status Conference").  For the reasons set forth on the record,

**IT IS HEREBY ORDERED** that above-referenced chapter 11 case is dismissed.

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

**IT IS FURTHER ORDERED** that judgment is entered in favor of the Office of the United States Trustee in the amount of $325.00 for delinquent fees for the first quarter of 2010. Debtor shall pay the foregoing amount not later than 30 days after entry of this order.

### 

DATED: March 5, 2010

United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) _____

_____
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

   * Abram Feuerstein     abram.s.feuerstein@usdoj.gov
   * Leonard Pena     lpena@penalaw.com
   * Joon W Song     jsong@thesonglawgroup.com
   * United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

1
2
**ADDITIONAL SERVICE INFORMATION** (if needed):

3
4  Category I (Served by the Court via Notice of Electronic Filing ("NEF")).    Category II (Served by Court via U.S. mail).
5
6
7
8
9
10
11
12
13
14
15
16
17  Category III (To be served by the lodging party).
18
19
20
21
22
23
24
25
26
27
28